UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT TACOMA

| | |
|---|---|
| JOHNNY LOUIE CASTILLO,<br><br>  Plaintiff,<br><br>  v.<br><br>FRITO-LAY, Inc, AND DOES 1-10,<br><br>  Defendants. | Case No.  C05-5209RJB<br><br>ORDER GRANTING DEFENDANT'S MOTION TO EXTEND |

   This matter comes before the court on the Defendant's Motion to Extend (Dkt. 19). The court has considered the pleadings filed in support of the motion and the file herein.

## I. BACKGROUND AND DISCUSSION

   On December 23, 2005, counsel for the plaintiff, Mary A. Betker, moved to withdraw as counsel of record for Johnny Louie Castillo in the above-captioned matter, and the motion was granted. Dkt. 18. The court re-noted the defendant's pending motion to compel in order to afford the plaintiff time to secure new counsel or to respond to the motion on his own behalf.

   The defendant now moves to extend the dispositive motions deadline, currently set for February 14, 2006, to 60 days after the court's ruling on the motion to compel. Dkt. 19. In light of the withdrawal of plaintiff's counsel, extending the deadline for filing dispositive motions would afford both parties a full and fair opportunity to present their arguments to the court. The motion should therefore be granted.

ORDER - 1

## II. ORDER

Therefore, it is hereby

**ORDERED** that the Defendant's Motion to Extend (Dkt. 19) is **GRANTED**. The new deadlines are as follows: all dispositive motions must be filed by April 25, 2006; settlement conference must be held by April 28, 2006; Mediation per CR 39.1 mediation must be completed and letter of compliance must be filed by April 28, 2006; and motions in limine must filed by May 1, 2006. All other deadlines set forth in the court's August 4, 2004 Minute Order shall remain in full force and effect.

The Clerk of the Court is directed to send uncertified copies of this Order to all counsel of record and to any party appearing *pro se* at said party's last known address.

DATED this 10th day of February, 2006.

*Robert J. Bryan* (signature)

Robert J. Bryan
United States District Judge

ORDER - 2